**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
9   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  TIN TRI NGUYEN,                           No. C 06-1414  MJJ
12          Petitioner,                       **ORDER TO SHOW CAUSE**
13     v.
14  RODERICK HICKMAN, D.O.C.,
15          Respondent.
                                          /
16

17       Pending before the Court is Petitioner Tin Tri Nguyen's Petition for Writ of Habeas Corpus.
18  (Doc. # 1.)  Petitioner is currently incarcerated at the California State Prison, Los Angeles County,
19  in Lancaster, California.  Petitioner was found guilty of first degree murder.  Petitioner alleges two
20  claims.  First, Petitioner alleges that he was deprived of his right to effective assistance of counsel in
21  violation of the Sixth Amendment.  Second, Petitioner alleges that he was deprived of his right to
22  due process under the Fourteenth Amendment because: (1) the police coerced and intimidated
23  witnesses; (2) the trial court admitted involuntary statements of three witnesses and the co-
24  defendant; (3) the evidence was insufficient to support the jury's findings; (3) the prosecutor
25  committed misconduct; and (4) the trial judge denied a witness's request for an interpreter
26       This Court may entertain a petition for a writ of habeas corpus "in behalf of a person in
27  custody pursuant to the judgment of a State court only on the ground that he is in custody in
28  violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2254(a).
         The court shall "award the writ or issue an order directing the respondent to show cause why

1  the writ should not be granted, unless it appears from the application that the applicant or person
2  detained is not entitled thereto." 28 U.S.C. § 2243.
3     For good cause shown, Respondent shall, by **February 5, 2007**, show cause why a writ of
4  habeas corpus should not be issued.  If Petitioner wishes to respond, he shall do so within thirty days
5  of his receipt of the answer.

7  **IT IS SO ORDERED.**

8  Dated: December 8, 2006

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California