1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
6  State Bar No. 117315
       455 Golden Gate Avenue, Suite 11000
7      San Francisco, CA 94102-7004
       Telephone: (415) 703-1362
8      Fax: (415) 703-1234
       Email: peggy.ruffra@doj.ca.gov
9  Attorneys for Respondent

10                 IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13
   **TIN TRI NGUYEN,**                         C 06-1414 MJJ
14
                                Petitioner,    **[PROPOSED] ORDER**
15
             **v.**
16
   **RODERICK HICKMAN, D.O.C.,**
17
                                Respondent.
18

19

20         GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until April

21  6, 2007, in which to file a response in this case.

22

23         DATE:   February 13, 2007

24
                        _____
25                      MARTIN J. JENKINS
                        United States District Judge
26  20075923.wpd

27

28

Proposed Order   - C 06-1414 MJJ

1