IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIN TRI NGUYEN,<br><br>    Petitioner,<br><br>  v.<br><br>JAMES TILTON, Secretary, California Department of Corrections and Rehabilitation,<br><br>    Respondent.<br>_____/ | No. 06-01414 JSW<br><br>**ORDER DIRECTING PETITIONER TO SUPPLEMENT RECORD** |

    Pending before the Court is Petitioner Tin Tri Nguyen's Petition for Writ of Habeas Corpus. It is not clear whether several issues that Petitioner raises in his petition have been properly exhausted pursuant to 28 U.S.C. § 2254. Accordingly, the Court DIRECTS Petitioner to provide copies of all the briefs he filed in support of his state petition for writ of habeas corpus. Petitioner shall file such copies by no later than November 7, 2008.

    **IT IS SO ORDERED.**

Dated: October 29, 2008

                                              JEFFREY S. WHITE<br>
                                              UNITED STATES DISTRICT JUDGE