**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIN TRI NGUYEN,

    Petitioner,

  v.

JAMES TILTON, Secretary, California Department of Corrections and Rehabilitation,

    Respondent.
_____/

No. 06-01414 JSW

**JUDGMENT**

    For the reasons set forth in the Court's Order of this date denying Tin Tri Nguyen's petition for a writ of habeas corpus on the merits, judgment is hereby entered in favor of Respondent and against Petitioner.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: March 30, 2009

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE